UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MARK FROST and JAYSON GARDNER,

      Plaintiffs,

v.                                              Civil No. 09-339-JL

TOWN OF HAMPTON, NEW HAMPSHIRE,
MATTHEW KULESZ, and JOSEPH GALVIN,

      Defendants.

## PERMANENT INJUNCTION

The defendants, their agents, employees and all persons in active or concerted participation with them are hereby enjoined from enforcing and/or applying New Hampshire RSA 644:2 (III)(a) so as to preclude the plaintiffs' speech activities in traditional, public forae, including, but not limited to the Hampton Beach Village District, Ocean Boulevard, and downtown Hampton, during the hours of 7:00 AM to 11:00 PM, provided any electronically amplified speech activities do not consistently exceed a decibel level of 85 db from a distance of 65 feet.

Prior to any enforcement effort by the defendants, the plaintiffs shall be given a warning of the alleged violation of N.H. RSA 644:2 (III) (a) or of this Order and a reasonable opportunity to comply.

Approved and So Ordered:

Date: March 4, 2010

/s/ Joseph N. Laplante
Honorable Joseph N. LaPlante
United States District Court Judge